## J. Frank Lindsey, Appellant, v. Samuel S. Epstein and Liberty National Bank of Chicago, as Trustee Under Trust Number 6578, Appellees.

### Gen. No. 45,430. 

 Sidley, Austin, Burgess & Smith, for appellant; Howard P. Robinson, and Sydney G. Craig, of counsel; Alec E. Weinrob, for appellees. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed December 18, 1951; rehearing denied January 22, 1952; released for publication January 22, 1952.